Seth Steidinger and Natasha Koller, *on behalf of themselves and all others similarly situated,*   )
)
)
Plaintiff,   )
)
v.   ) Case No. 1:24-cv-01074-JBM-JEH
)
Blackstone Medical Services, LLC,   )
)
Defendant.   )

**DEFENDANT BLACKSTONE MEDICAL SERVICES, LLC'S RULE 12(b)(6) AND 12(f) MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT AND TO STRIKE DEMAND FOR ATTORNEYS' FEES**

Defendant, BLACKSTONE MEDICAL SERVICES, LLC ("Blackstone"), by and through its undersigned counsel, pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, hereby moves to dismiss the claims in the First Amended Class Action Complaint (the "FAC") [ECF 6] filed by Plaintiffs, Seth Steidinger and Natasha Koller (collectively "Plaintiffs") on April 5, 2024, and in support thereof states as follows:

1.     Blackstone is a medical services provider of at-home sleep tests designed to diagnose sleep apnea pursuant to a doctor's prescription. [ECF 6, n.1].

2.     Plaintiffs are patients whose healthcare providers prescribed a home sleep test through Blackstone. *See* [ECF 6, ¶¶ 38–39, 51, 58].

3.     In response, Blackstone contacted Plaintiffs to arrange for the in-home sleep test, sending them personalized text messages pertaining to their prescription. [ECF 6, ¶¶ 39, 58].

4.     This Court should dismiss the FAC for failing to state any claim under the Telephone Consumer Protection Act ("TCPA"), the Telemarketing and Consumer Fraud and

Abuse Prevention Act ("TCFAPA"), to the extent such a claim is even pled, and the Florida Telephone Solicitation Act ("FTSA").

5. *First*, Plaintiffs do not plausibly allege that the complained of messages were sent with the purpose of encouraging or soliciting a sale of consumer goods or services.

6. *Second*, the FAC is an impermissible "shotgun" pleading that is vague and does not provide Blackstone with sufficient notice of any of the claims against it.

7. *Third*, the FAC makes clear that Plaintiffs gave their express permission or invitation to receive the complained of messages, and thus the messages are not actionable under the TCPA.

8. *Fourth*, Plaintiffs do not, and cannot, plead that the complained of messages were part of a coordinated telemarketing campaign, much less that Blackstone used an "automated telephone dialing system" or an "artificial or prerecorded voice" to effectuate such campaign, as is required under the TCPA.

9. *Fifth*, each of the complained of messages are prescription reminders, which may prevent major health emergencies. Thus, the messages are expressly allowed by the "health care message" and "emergency purposes" exemptions to the TCPA and, therefore, not actionable.

10. *Sixth*, Plaintiffs do not allege that they complied with the pre-suit notice requirement of the TCFAPA.

11. *Seventh*, Plaintiffs do not allege that they are "consumers," which is a requirement under the FTSA.

12. *Finally*, an award of attorneys' fees is not permitted under the TCPA or any contractual basis, so any demand for attorneys' fees under the TCPA should be dismissed or stricken.

WHEREFORE, for all the foregoing reasons, Defendant Blackstone Medical Services, LLC respectfully requests that this Court enter an order dismissing Plaintiffs' First Amended Class Action Complaint, striking the claim for attorneys' fees, and providing any other such relief the Court deems just and proper.

BLACKSTONE MEDICAL SERVICES, LLC

By: ___*/s/ John P. Heil, Jr.*_____
John P. Heil, Jr. #6237286
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
300 Hamilton Blvd.
P.O. Box 6199
Peoria, IL 61602
Phone: (309) 676-0400
Fax: (309) 420-0402
Email: jheil@heylroyster.com
*Attorneys for Defendant*

Traci H. Rollins, Esq.
Florida Bar No. 769071
Stephen C. Richman, Esq.
Florida Bar No. 1015692
Ryan Childress, Esq.
Florida Bar No. 1049623
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500
West Palm Beach, Florida 33401
Phone: (561) 655-1980
Fax: (561) 655-5677
trollins@gunster.com
srichman@gunster.com
rchildress@gunster.com
*Court membership applications pending*

## CERTIFICATE OF SERVICE

I certify that on May 3, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ John P. Heil, Jr.*
John P. Heil, Jr.

ACTIVE:21672853.2