# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| Seth Steidinger and Natasha Koller, *on behalf of themselves and all others similarly situated,* | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:24-cv-01074-JBM-JEH |
| | ) |
| Blackstone Medical Services, LLC, | ) ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS RULES 12(b)(6) AND 12(f) MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

NOW COMES the Defendant, Blackstone Medical Services, LLC., by and through its undersigned counsel, and hereby requests leave to file a Reply Memorandum of Law in support of its Rules 12(b)(6) and 12(f) Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, stating in support as follows:

1. Blackstone filed a Motion to Dismiss the First Amended Class Action Complaint and to Strike Plaintiffs' Demand for Attorneys' Fees on May 3, 2024. Docs. 9 and 10.

2. Plaintiffs filed a 27-page Memorandum of Law in Opposition on May 24, 2024. Doc. 12. It includes seven arguments (labeled as "A" through "G") that Blackstone believes warrant a reply.

3. More particularly, Blackstone believes that the Reply Memorandum attached as "Exhibit 1" will be beneficial to the Court, as it raises flaws in the arguments advanced by Plaintiffs, distinguishes certain case law cited in the Opposition, and identifies portions of Blackstone's Motion to Dismiss which remain unrebutted and, presumably, uncontested.

4.      Blackstone thus requests that this Court grant it leave to file Exhibit 1, a concise Reply comprising less than six pages, *instanter*.

WHEREFORE, Defendant Blackstone Medical Services, LLC respectfully requests leave of Court to file its Reply Memorandum of Law attached as Exhibit 1, and for any such other and further relief as the Court deems appropriate.

Date: June 7, 2024

BLACKSTONE MEDICAL SERVICES, LLC

By:   s/ John P. Heil, Jr.
John P. Heil, Jr. #6237286
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
300 Hamilton Blvd.
P.O. Box 6199
Peoria, IL 61602
Phone: (309) 676-0400
Fax: (309) 420-0402
jheil@heylroyster.com

Traci H. Rollins, Esq.
Florida Bar No. 769071
Stephen C. Richman, Esq.
Florida Bar No. 1015692
Ryan Childress, Esq.
Florida Bar No. 1049623
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500
West Palm Beach, FL 33401
Phone: (561) 655-1980
Fax: (561) 655-5677
trollins@gunster.com
srichman@gunster.com
rchildress@gunster.com
*Court membership applications pending*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I caused to be electronically filed the foregoing

Motion with the Clerk of the Court using the CM/ECF system which will send notification to all

registered CM/ECF participants:

Sergei Lemberg
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
slemberg@lemberglaw.com
*Attorney for Plaintiff*

*s/ John P. Heil, Jr.*
John P. Heil, Jr.

44523079.1