**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

Seth Steidinger et al.,                                  Case No. 1:24-cv-01074-JBM

                PlaintiffS,

v.

Blackstone Medical Services, LLC,

                Defendant.

_____ /

**<u>CERTIFICATE OF SERVICE</u>**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On January 29, 2025 I served the within document(s):

- **NOTICE OF APPEARANCE OF COUNSEL ABBAS KAZEROUNIAN**
- **PLAINTIFF'S MOTION TO APPOINT INTERIM LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G)**
- **DECLARATION OF ABBAS KAZEROUNIAN IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT INTERIM CLASS COUNSEL**
- **DECLARATION OF RYAN L. MCBRIDE IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT INTERIM CLASS COUNSEL**

☒      CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 29, 2025 at San Diego, California.

                    */s/ Ryan L. McBride*
                    Ryan L. McBride, Esq.

1