E-FILED
Friday, 07 February, 2025  05:49:34 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| Seth Steidinger and Natasha Koller, *on behalf of themselves and all others similarly situated*, | : : : : : |
| Plaintiffs, | : : |
| v. | : Case No. 24-cv-01074 : |
| Blackstone Medical Services, LLC | : : |
| Defendant. | : : : : |

**JOINT REPORT OF PLAINTIFFS SETH STEIDINGER,**
**NATASHA KOLLER AND JOSEPH JONES**

Pursuant to the Court's Order of January 17, 2025 (Dkt. Entry 01/17/2025), Counsel for Plaintiffs Seth Steidinger and Natash Koller (the "Steidinger Plaintiffs") in this matter[1] and Plaintiff Joseph Jones ("Jones")[2] report that the Steidinger Plaintiffs and Jones do not agree on whether to file a consolidated complaint at this time.

[Steidinger Plaintiffs' Position]

1. On February 14, 2024, the Steidinger Plaintiffs initiated this action. (Doc. No. 1). December 12, 2024, the Court granted in part and denied in part Defendant Blackstone Medical Services, LLC ("Blackstone"), motion to dismiss the Steidinger/Koller Complaint. (Dkt. 15). Pursuant to that Order, on December 31, 2024, Steidinger/Koller filed a Second Amended Complaint (Dkt. 17) with the response now due on February 21, 2025 (Dkt. Entry 01/17/2025).

2. On May 28, 2024, Jones initiated his action in the Middle District of Florida. (See Jones pre-consolidation proceeding 24-cv-01456, Dkt. No. 1). Before the Jones action transferred

---

[1] Represented by Lemberg Law LLC, Scott D. Owens, P.A. and Consumer Rights Law Group.
[2] Represented by the Kazerouni Law Group, APC.

to the Central District of Illinois, Blackstone moved to dismiss the complaint, and the dismissal motion terminated upon transfer. *Id*. Dkt. No. 36 & 38.

3.       To date, Blackstone has not yet refiled its motion to dismiss the Jones Complaint (or any responsive pleading) and the Court has not ruled on the merits of such a motion to dismiss regarding Jones' Complaint.  As such, it is not appropriate at this time to convert the Steidinger Plaintiffs' Second Amended Complaint in this action to add Jones' allegations.  Particularly, it is inefficient for the Steidinger Plaintiffs and their claims to be enmeshed in a second round of dismissal briefing should Blackstone seek dismissal of a consolidated pleading.

**Plaintiff Jones' Position**

Plaintiff Jones submits that all of the plaintiffs should file a consolidated complaint at this time. The claims in the *Steidinger/Koller* complaint and *Jones* complaint are essentially the same. Thus, it is unlikely Defendant would file another motion to dismiss. If Defendant did file another motion to dismiss, it would be similarly decided because the Court already decided Defendant's previous motion on the issues that Defendant presumably thought were complete defenses.  Moreover, the plaintiffs would surely tailor the consolidated complaint to the Court's order, which would likely avoid any motion practice.  It would be a waste of judicial resources, if even possible, to have two competing operative complaints in the case running simultaneously. Plaintiff Jones' counsel has offered to take the lead on drafting the consolidated complaint. Thus, in the interests of efficiency, Plaintiff Jones requests the Court order the plaintiffs to file a consolidated complaint, to which Plaintiff Jones' counsel is willing to take the lead.

Dated: February 7, 2025                                    Respectfully submitted,

*For the Steidinger Plaintiffs*

By *s/ Sergei Lemberg*
 Sergei Lemberg
 LEMBERG LAW, L.L.C.
 43 Danbury Road, 3rd Floor
 Wilton, CT 06897
 Telephone: (203) 653-2250
 Facsimile: (203) 653-3424
 *Attorneys for Plaintiffs*

By: /s/ Scott D. Owens
 Scott D. Owens, Esq.
 Florida Bar No. 0597651 (to file *PHV*)
 SCOTT D. OWENS, P.A.
 2750 N. 29th Ave., Ste. 209A
 Hollywood, FL 33020
 Telephone: (954) 589-0588
 Facsimile: (954) 337-0666
 scott@scottdowens.com

By: /s/Kimberly H. Wochholz
 Kimberly H. Wochholz
 Fla. Bar No. 0092159 (to file *PHV*)
 The Consumer Rights Law Group
 P.O. Box 5326
 Sun City Center, FL 33571
 Phone: 813-413-5710
 Fax: 866-535-7199
 Kim@ConsumerRightsLawGroup.com

 Counsel for Plaintiffs Steidinger and Koller

By: /s/Ryan L. McBride
 Ryan L. McBride, Esq.
 Fla. Bar No. 1010101
 Kazerouni Law Group, APC
 2221 Camino Del Rio S., #101
 San Diego, CA 92108
 Phone: 800-400-6808
 Fax: 800-520-5523
 ryan@kazlg.com

 Counsel for Plaintiff Jones

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court through the ECF system which gave notice of such filing to all parties of record.

/s/ Sergei Lemberg
Sergei Lemberg