E-FILED
Wednesday, 12 February, 2025  03:24:29 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SETH STEIDINGER and NATASHA KOLLER, *on behalf of themselves and all others similarly situated,* | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:24-cv-01074-JBM |
| v. | ) ) | |
| BLACKSTONE MEDICAL SERVICES, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF SCOTT D. OWENS IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR THE APPOINTMENT OF**
**INTERIM LEAD CLASS COUNSEL**

I, Scott D. Owens, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am Owner of Scott D. Owens, P.A. ("SDO") and a member in good standing of the Bar of the State of Florida and admitted via entry of special appearance in the above-captioned litigation on behalf of Plaintiff Natasha Koller.

2.      The following is based on my personal knowledge, and if called upon to do so, I could and would competently testify thereto.

3.      I am licensed to practice before the courts of the State of Florida and all Florida District Courts. I have been admitted to numerous Federal Courts throughout the United States, including the Eastern District of Michigan, and the Sixth and Eleventh Circuit Courts of Appeal.

4.      Scott D. Owens, P.A. is a boutique law firm focused on high-impact public interest litigation dedicated to the protection of consumers due to corporate wrongdoing, consumer

manipulation and abuse of power by providing top tier litigation services to both consumers and small businesses. SDO operates as a nationwide firm specializing in class actions, including consumer protection litigation. For more than 13 years, the firm's focus has included TCPA individual and class actions, achieving its first of many TCPA settlements in 2012. Prior to this time, Scott D. Owens litigated TCPA actions as a partner in the law firm of Cohen & Owens, P.A. starting in 2009.

5. The members of the SDO firm have extensive litigation, including appellate experience, having appeared before a wide variety of district and appellate courts throughout the country. The firm's wealth of experience guarantees a strong partner for every class they represent. In addition, the firm is dedicated to providing a level of sophistication in complex matters usually only found in the largest firms. SDO has been appointed lead or co-lead class counsel in consumer class actions for the past twelve years in both state and federal courts across the nation.

6. I am the founder of the firm, and am admitted to practice before numerous Federal District Courts and appellate courts throughout the United States, including all the Federal Districts in Florida, along with the Sixth and Eleventh Circuit Court of Appeals. I am also is admitted via entry of special appearance in the above-captioned litigation. I received my bachelor's degree from the University of Buffalo and my law degree is from the New England School of Law.

7. I have been practicing law for more than 22 years. After a short time working in a debt collection law firm, I began to represent persons in consumer rights litigation, both in State and Federal Court. Currently, 100% percent of my workload consists of consumer protection litigation, which includes claims brought under FACTA, FDCPA, TCPA, DPPA, and other FCRA claims.

8. Since 2007, I have been an active member of the National Association of Consumer

Advocates (NACA). My federal litigation practice was featured in the Daily Business Review on June 15, 2009 in an article entitled "Federal Law Used Against Abusive Debt Collectors." I was Featured Guest Speaker at the request of the Miami-Dade Consumer Services Department during National Consumer Protection Week on March 11, 2011. I instructed a CLE seminar for Legal Services of Greater Miami, Inc., dealing with consumer protection (May 2011). I conducted a CLE on the topic of consumer protection at Florida International University (June 2012). I was invited by the Consumer Protection Law Committee to be a guest speaker at the Florida Bar's Annual Convention to be held in Orlando, Florida (June 25-28, 2014). I regularly attend legal seminars hosted by the National Consumer Law Center (NCLC), and the National Association of Consumer Advocates (NACA) including the following:

- *National Consumer Law Center, 17th Annual Consumer Rights Litigation Conference (2008)*
- *National Consumer Law Center, Fair Debt Collection Training Conference (2009)*
- *National Association of Consumer Advocates, Fair Credit Reporting Act Conference (2009)*
- *National Consumer Law Center, 18th Annual Consumer Rights Litigation Conference (2009)*
- *National Consumer Law Center, Fair Debt Collection Training Conference (2010)*
- *National Consumer Law Center, 19th Annual Consumer Rights Litigation Conference (2010)*
- *National Consumer Law Center, 20th Annual Consumer Rights Litigation Conference (2011)*
- *National Consumer Law Center, 21st Annual Consumer Rights Litigation Conference (2012)*
- *National Consumer Law Center 22nd Annual Consumer Rights Litigation Conference (2013)*
- *National Consumer Law Center, Fair Debt Collection Training Conference (2014)*
- *National Consumer Law Center 23rd Annual Consumer Rights Litigation Conference (2014)*
- *National Consumer Law Center, Fair Debt Collection Training Conference (2015)*
- *National Consumer Law Center 24th Annual Consumer Rights Litigation Conference (2015)*
- *National Consumer Law Center, Fair Debt Collection Training Conference (2016)*
- *National Consumer Law Center 25th Annual Consumer Rights Litigation Conference (2016)*

- *National Consumer Law Center, Fair Debt Collection Training Conference (2017)*
- *National Consumer Law Center 26th Annual Consumer Rights Litigation Conference (2017)*
- *National Consumer Law Center 27th Annual Consumer Rights Litigation Conference (2018)*
- *National Consumer Law Center, Fair Debt Collection Training Conference (2019)*
- *National Consumer Law Center 28th Annual Consumer Rights Litigation Conference (2019)*
- *National Consumer Law Center 29th Annual Consumer Rights Litigation Conference (2020)*
- *National Association of Consumer Advocates, Annual Spring Training Conference (2022)*
- *National Consumer Law Center Consumer Rights Litigation Conference and Class Action Symposium (2023)*
- *National Association of Consumer Advocates, Annual Spring Training Conference (2024)*

Of the aforesaid legal conferences, I have attended at least five intensive full-day seminars which have dealt exclusively with class action litigation; I am familiar with the ethical and professional guidelines governing class action litigation. I believe I am generally regarded by my peers as one of the leading authorities in the State of Florida with respect to the Fair and Accurate Credit Transactions Act (FACTA).

9.      Andree Rozados-Quaresima, an attorney with the firm, is admitted to the Eleventh Circuit Courts of Appeals, all Southern and Middle District Courts in Florida, Florida and California state courts. Ms. Rozados-Quaresima received her J.D. *summa cum laude* from Nova Southeastern University. Ms. Rozados-Quaresima has eight years of experience in a wide variety of areas, including class action. Right after graduating law school and passing the Florida Bar exam, Ms. Rozados-Quaresima began to represent persons in consumer rights litigation, both in State and Federal Courts. Currently, 100% percent of Ms. Rozados-Quaresima workload consists of consumer protection litigation. Since 2019, Ms. Rozados-Quaresima has been a member of the National Association of Consumer Advocates (NACA). Ms. Quaresima worked with SDO in the following successful class actions:

- *Flaum v. Doctors Associates, Inc.*, No. 16-CV-61198 (S.D. Fla. Filed June 6, 2016) ($30.9 million-dollar common fund settlement);
- *Diaz v. Chapters Health System, Inc.*, 18-CV-03052 (M.D. Fla. Filed Dec. 19, 2018) ($1.3 million-dollar common fund settlement);
- *Muransky v. Godiva Chocolatier, Inc.*, No. 2020-CH-7156 (Cook Cty. Cir. Ct. Filed Dec. 8, 2020) ($6.3 million-dollar common fund settlement);
- *Martin v. Safeway*, No. 2020-CH-05480 (Cook Cty. Cir. Ct. Filed Aug. 20, 2020) ($20 million-dollar common fund settlement);
- *Richardson v. IKEA North America Services, LLC*, et al., No. 2021CH05392 (Cook Cty. Cir. Ct. Filed Oct. 21, 2021 ($24.25 million-dollar common fund settlement, pending final approval);
- *Escobar v. Los Angeles Dodgers, LLC*, Case No. 18STCV02491 (Los Angeles Superior Court, Cal. Filed Oct. 26, 2018) (all-cash non-reversionary $850,000 common fund settlement).

10.     Matthew E. Bobulsky, an attorney with the firm, is admitted to the Southern and Middle District Courts in Florida, Florida state courts, and has been admitted *pro hac vice* in various courts throughout the United States. Mr. Bobulsky received his J.D. from Barry University School of Law, and has focused his practice on litigation since 2015, and exclusively on the representation of plaintiffs in consumer protection class actions since 2019. His case load consists of cases in state and federal courts throughout the United States, including various court of appeal. Mr.  Bobulsky has been an active member of the National Association of Consumer Advocates since 2020, and has worked on many successful class actions including the following:

- *Diaz v. Chapters Health System, Inc.*, 18-CV-03052 (M.D. Fla. Filed Dec. 19, 2018) ($1.3 million-dollar common fund settlement);
- *Donahue v. Everi Payments, Inc., et al.*, No. 2018-CH- 15419 (Cook County Cir. Ct. Filed Dec. 12, 2018) ($14 million-dollar common fund settlement);
- *Muransky v. Godiva Chocolatier, Inc.*, No. 2020-CH-7156 (Cook Cty. Cir. Ct. Filed Dec. 8, 2020) ($6.3 million-dollar common fund settlement);
- *Martin v. Safeway*, No. 2020-CH-05480 (Cook Cty. Cir. Ct. Filed Aug. 20, 2020) ($20 million-dollar common fund settlement);
- *Richardson v. IKEA North America Services, LLC, et al.*, No. 2021CH05392 (Cook Cty. Cir. Ct. Filed Oct. 21, 2021 ($24.25 million-dollar common fund settlement);
- *Escobar v. Los Angeles Dodgers, LLC*, Case No. 18STCV02491 (Los Angeles County Superior Court, Cal. Filed Oct. 26, 2018) (all-cash, non-reversionary $850,000 common fund settlement);
- *Muransky v. Cheesecake Factory*, No. 19STCV43875 (Los Angeles

County Superior Court Filed Dec. 6, 2019) ($4.75 million-dollar common fund settlement).

11.     SDO has been appointed to act as Class Counsel in the following cases:

- *Legg v. E Z Rent-A-Car, No. 14−cv−01716−PGB−DAB (M.D. Fla. Filed Oct. 22, 2014) ($6 million dollar settlement);*
- *Legg v. Laboratory Corporation of America Holdings, No. 14−61543-CIV (S.D. Fla. Filed July 6, 2014) ($11 million-dollar common fund settlement);*
- *Legg v. Spirit Airlines, Inc., No. 14−cv-61978 (S.D. Fla. Filed Aug, 29, 2014) ($7.5 million-dollar common fund settlement);*
- *Wood v. J Choo USA, Inc., No. 15-CV-81487 (S.D. Fla. Filed Oct. 27, 2015) ($2.5 million-dollar common fund settlement);*
- *Guarisma v. Microsoft, Inc., No. 15-CV-24326 (S.D. Fla. Filed Nov. 20, 2015) ($1.2 million-dollar common fund settlement);*
- *Flaum v. Doctors Associates, Inc., No. 16-CV-61198 (S.D. Fla. Filed June 6, 2016) ($30.9 million-dollar common fund settlement);*
- *Diaz v. Chapters Health System, Inc., 18-CV-03052 (M.D. Fla. Filed Dec. 19, 2018) ($1.3 million-dollar common fund settlement);*
- *Donahue v. Everi Payments, Inc., et al., No. 2018-CH-15419 (Cook Cty. Cir. Ct. Filed Dec. 12, 2018) ($14 million-dollar common fund settlement);*
- *Muransky v. Godiva Chocolatier, Inc., No. 2020-CH-7156 (Cook Cty. Cir. Ct. Filed Dec. 8, 2020) ($6.3 million-dollar common fund settlement);*
- *Martin v. Safeway, No. 2020-CH-05480 (Cook Cty. Cir. Ct. Filed Aug. 20, 2020) ($20 million-dollar common fund settlement);*
- *Richardson v. IKEA North America Services, LLC, et al., No. 2021CH05392 (Cook Cty. Cir. Ct. Filed Oct. 21, 2021) ($24.25 million-dollar common fund settlement);*
- *Ulery v. DFS Group, L.P., No. 2023CH03252 (Cook Cnty. Cir. Ct. Filed Apr. 4, 2023) ($2.5 million-dollar settlement).*

12.     I was also appointed joint interim lead counsel in the Southern District of Florida TCPA class action lawsuit, Soto v. Gallup, Inc., No. 0:13-cv-61747-RSR wherein Judge Robin S. Rosenbaum stated that "Scott D. Owens has vast experience in the area of consumer protection litigation…" (emphasis added); I was later appointed co-lead counsel after the case was certified ($12 million-dollar common fund settlement).

13.     Together with all other Lead Counsel, SDO have diligently investigated this matter and devoted substantial time to the prosecution and advancement of this. This investigation has included, without limitation, a detailed evaluation of Blackstone's background, practices, track

record, services, clients, regulatory violations, record requests, collection techniques, and business structure, as well as searches for anecdotal comments of Blackstone customers regarding such things as the company's misconduct.

14. Plaintiffs' Counsel continue to devote substantial time and effort to advancing the claims of Plaintiff and the proposed Class members. To this end, SDO and all other Lead Counsel are willing and able to expend the resources necessary to ensure the vigorous prosecution of Plaintiff's claims. No litigation funding will be needed or utilized to fund this litigation by proposed interim Class Counsel, who are self-funded.

15. Based upon my experience, appointing the proposed interim Class Counsel here is in the interest of judicial economy, and is necessary and appropriate to protect the interests of the proposed Class members, ensure that Defendant knows that there has been counsel appointed with whom they can attempt to negotiate a settlement without confusion and delay, and will ensure the prompt and efficient prosecution of the case.

16. Finally, proposed interim Class Counsel have worked collegially and cooperatively both with defense counsel since the beginning of this litigation, and intend to continue in that manner. Proposed interim Class Counsel will ensure that this litigation is conducted efficiently and properly, that assignments are made in a way that will avoid redundancy and duplication of effort.

Dated: February 12, 2025.

Executed at Palm Beach County, Florida, on Wednesday, February 12, 2025.

Scott D. Owens, Esq. (FBN 0597651)
*scott@scottdowens.com*
**SCOTT D. OWENS, P.A.**
2750 N. 29th Avenue, Suite 209A
Hollywood, FL 33020

7

Telephone: (954) 589-0588
Facsimile: (954) 337-0666