**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| Seth Steidinger and Natasha Koller, *on behalf of themselves and all others similarly situated*, | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| Blackstone Medical Services, LLC, | : : | |
| Defendant. | : : : | Case No. 1:24-cv-01074-JBM-JEH |
| ---------------------------------------------------------- | : : | |
| Joseph Jones, *individually and on behalf of all other similarly situated*, | : : : : | |
| Plaintiffs, | : : : | |
| v. | : : : | |
| Blackstone Medical Services, LLC, | : : : | |
| Defendant. | : : | |

**DECLARATION OF KIMBERLY H. WOCHHOLZ IN SUPPORT OF PLAINTIFFS SETH STEIDINGER AND NATASHA KOLLER'S OPPOSITION TO PLAINTIFF JOSEPH JONES' MOTION TO APPOINT INTERIM LEAD CLASS COUNSEL**

In support of Plaintiffs Seth Steidinger and Natasha Koller's Opposition to Plaintiff Joseph Jones' Motion to Appoint Interim Lead Class Counsel (Doc. 20) and pursuant to Federal Rule of Civil Procedure, 23(g), I Kimberly H. Wochholz, make the following statement, and declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the foregoing statements are true:

1.       I am licensed to practice law in Florida and have been a member in good standing of the Bar of the State of Florida since 2011. I was admitted to the Central District of Illinois on April 30, 2024 and I am an attorney of record for Plaintiff Natasha Koller in this matter.

2.       Presently, I am the managing member of The Consumer Rights Law Group, PLLC (CRLG), a firm that exclusively represents consumers like the Plaintiffs in this case. The focus of my practice has been the prosecution of consumer protection claims under the Telephone Consumer Protection Act (TCPA), the Fair Credit Reporting Act (FCRA), and the Fair Debt Collection Practices Act (FDCPA).

3.       I am a graduate of the University of Central Florida where I received a Bachelor of Arts Degree, *cum laude*, on April 30, 2004. I attended law school at Stetson University College of Law. I graduated *magna cum laude* from Stetson on May 14, 2011 and received my Juris Doctorate. During law school, I served as Articles and Symposia Editor of the Stetson Law Review from 2010 to 2011 and as Assistant Executive Editor from 2009 to 2010.  I also served as an intern to the family law division of the 13th Judicial Circuit, Hillsborough County, Florida.

4.       Since joining CRLG as an associate attorney in 2011, I have actively assisted or lead the prosecution of over one hundred federal consumer protection cases. My TCPA litigation experience includes an appeal to the Eleventh Circuit in *Candy Ray v. NPRTO Florida, LLC, d/b/a Progressive Leasing*, No. 18-10188 and two cases that were transferred to Multidistrict Litigation (MDL), *Herring v. Midland Credit Management, Inc.*, No. 13-cv-02056 (M.D. Fla. Aug. 8, 2013) *Wagy v. Monitronics International, Inc.*, Case No. 16-cv-01306 (May 25, 2016). I have assisted in numerous federal consumer class actions and was appointed class counsel in *Dunbar v. Symmetry Management Corp. d/b/a BCC Financial Management Service, Inc.*, No. 19-cv-00715 (M.D. Fla.).

5.     I am admitted to practice in all State and Federal District Courts of the State of Florida. Specifically, I was admitted to the Florida Bar on September 22, 2011; the United States District Court of the Middle District of Florida on June 29, 2012; the United States District Court of the Southern District of Florida on November 3, 2022; the United States District Court of the Northern District of Florida on October 21, 2022. I was admitted to the bar of the United States District Court of the Northern District of Illinois on July 1, 2021; United States District Court of the Central District of Illinois on April 30, 2024; United States District Court of the Northern District of Indiana on January 27, 2022; and the United States District Court of the Western District of Arkansas on November 17, 2022.

6.     I have been a member of the National Association of Consumer Advocates since April 23, 2013.  I previously served on the Issues Committee for the National Association of Consumer Advocates. The Issues Committee meets to review current issues affecting consumers and determines whether the National Association of Consumer Advocates should take a public position on an issue.

7.     I have attended three Consumer Rights Litigation Conferences hosted by the National Consumer Law Center and the National Association of Consumer Advocates. First, in 2014 in Tampa, Florida, in 2015 in San Antonio, Texas, and most recently the 2020 Virtual Consumer Rights Litigation Conference & Class Action Symposium. The conferences are intensive, multi-day, training seminars, taught by the most preeminent experts in the area of consumer law.

8.     Together with co-counsel for the Steidinger Plaintiffs, I have dedicated substantial time and resources in prosecuting this matter including, meeting with Plaintiff Koller, reviewing

evidence, investigating the class members' claims and Defendant Blackstone Medical Services, LLC's solicitation practices, and responding to Defendant's Motion to Dismiss.

9. I am familiar with the ethical and professional guidelines governing class action litigation.

10. My law firm will commit all resources, financial, professional and otherwise in order to oversee the adequate administration of the instant class action litigation as well as to protect the best interests of the putative classes.

Executed this 12th of February 2025 by:

*/s/ Kimberly H. Wochholz*
Kimberly H. Wochholz
Fla. Bar No. 0092159 (*PHV*)
The Consumer Rights Law Group, PLLC
P.O. Box 5326
Sun City Center, FL 33571
Phone: 813-413-5710
Fax: (866) 535-7199
Kim@ConsumerRightsLawGroup.com
*Attorney for Plaintiff*