**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

Seth Steidinger et al.,                                          Case No. 1:24-cv-01074-JBM

          Plaintiffs,

v.

Blackstone Medical Services, LLC,

          Defendant.

_____/

**PLAINTIFF JOSEPH JONES' MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS SETH STEIDINGER AND NATASHA KOLLER'S RESPONSE IN OPPOSITION TO JOSEPH JONES'S MOTION TO APPOINT INTERIM LEAD CLASS COUNSEL**

Plaintiff Joseph Jones, individually and on behalf of all others similarly situated ("Jones") hereby files this motion for leave to file a reply to Plaintiffs Seth Steidinger ("Steidinger") and Natasha Koller's ("Koller") response in opposition to Joseph Jones' Motion to Appoint Kazerouni Law Group, APC as Interim Lead Class Counsel. The basis for this motion is that Steidinger and Koller barely address the substance of Plaintiff Jones's motion, and instead, attempt to bring two completely separate motions in their response. Steidinger and Koller simultaneously included a Motion to Stay and an untimely Motion to Appoint Interim Lead Class Counsel.[1] To the extent this Court considers these motions valid, Plaintiff Jones would like an opportunity to provide a brief reply in opposition.

_____

[1] Aside from the procedural abnormality itself, Steidinger's Motion to Appoint Lemberg Law, LLC, Scott D. Owens, P.A., and The Consumer Rights Law Group, PLLC, as interim lead counsel is only two paragraphs. (Doc. 22 at 7-8). This Court specifically ordered on January 17, 2025, that "[a]ny motion or joint stipulation for the appointment of Interim Lead Class Counsel…shall be filed within 14 days of the date of this Text Order." (Doc. 18). As Lemberg Law, LLC, Scott D. Owens, P.A., and The Consumer Rights Law Group, PLLC all missed this deadline, they attempt to bypass this Court's order—without requesting a motion to extend the deadline—through Plaintiff Jones's timely Motion.

1

As to the motion to stay, there are multiple reasons this would be improper including that Steidinger and Koller had prior opportunities to address the issue but failed to object to the cases being consolidated. Additionally, the stay would be prejudicial in the form of unnecessary delay for Plaintiff Jones.

In regards to the motion to appoint Steidinger's counsel as interim lead counsel, they failed to file a timely motion. Furthermore, it appears that Steidinger and Koller agree that Jones' counsel is qualified to be interim lead counsel. Plaintiff Jones would like the opportunity to address the actions of all plaintiffs' counsel in this case thus far.

Accordingly, Plaintiff Jones respectfully requests the Court allow him an opportunity to reply to Steidinger and Koller's response. Plaintiff has attached the proposed reply to this motion as Exhibit A.

Dated: February 19, 2025     Respectfully submitted,

By: /s/ Ryan L. McBride

Ryan L. McBride, Esq.
Kazerouni Law Group, APC
2221 Camino del Rio S, Suite 101
San Diego, CA 92108
(p) 800-400-6808
(f) 800-520-5523