**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

|  |  |  |
|---|---|---|
| Joseph Jones, Seth Steidinger and Natasha Koller, *on behalf of themselves and all others similarly situated*, | : : : : | |
| | : | Case No. 24-cv-01074-JEH-RLH |
| Plaintiffs, | : : | |
| v. | : : | |
| Blackstone Medical Services, LLC | : : | |
| Defendant. | : : : | |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Joseph Jones ("Plaintiff Jones"), Seth Steidinger ("Plaintiff Steidinger") and Natasha Koller ("Plaintiff Koller") (collectively, the "Plaintiffs"), on behalf of themselves and all others similarly situated, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Order Granting Defendant Blackstone Medical Services, LLC's Motion to Dismiss filed on July 21, 2025. (ECF No. 37).

Dated: August 11, 2025

Respectfully submitted,

By  */s/ Abbas Kazerounian*
　　Abbas Kazerounian, Esq.
　　ak@kazlg.com
　　Ryan L. McBride, Esq.
　　ryan@kazlg.com
　　KAZEROUNI LAW GROUP, APC
　　245 Fischer Ave Suite D1
　　Costa Mesa, CA 92626
　　Telephone: (800) 400-6808
　　Facsimile: (800) 520-5523

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court through the ECF system which gave notice of such filing to all parties of record.

/s/ *Abbas Kazerounian*
Abbas Kazerounian