AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Seth Steidinger, Natasha Koller )<br>*Plaintiff* )<br>v. )<br>Blackstone Medical Services )<br>*Defendant* ) | Civil Action No. 24-CV-1074 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ **other:** _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Jonathan E. Hawley   on a motion for   Entry of Judgment
Pursuant to Fed R. Civ. P. 58(d). Judgment is entered in favor of the Defendant and against the Plaintiff and the case is closed.

Date:   8/21/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*